UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE JOHN NEVES,<br><br>Plaintiff,<br><br>V.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | ORDER ON APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES<br><br><br>CASE NUMBER: 1:15-cv-01194  GSA |

Having considered the application to proceed without prepayment of fees under 28 USC § 1915;

IT IS ORDERED that the application is:

[X]   GRANTED

[X]   IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

[ ]   DENIED, for the following reasons:

ENTERED: August 3, 2015

/s/ Gary S. Austin
United States Magistrate Judge Gary S. Austin