PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
STACY WIESBROCK
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 268-5612
    Facsimile: (415) 744-0134
    E-Mail: stacy.wiesbrock@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| LAWRENCE JOHN NEVES,<br><br>        Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>        Defendant. | Case No. 1:15-cv-01194-EPG (SS)<br><br>ORDER AND JUDGMENT FOR MODIFICATION OF ORDER DUE TO MISTAKE PURSUANT TO RULE 60(B) OF THE FEDERAL RULES OF CIVIL PROCEDURE |

Based upon the parties' Joint Motion pursuant to Rule 60(b) of the Federal Rules of Civil Procedure, the Court will vacate its March 21, 2017 Order and Judgment and issue an amended order and judgment remanding the case back to the agency for any action necessary to process this case as an MQGE case under 42 U.S.C. §§ 426, 1395c and award Medicare insurance benefits, rather than disability insurance benefits.

\\\

\\\

\\\

\\\

1    All of the Court's other orders should remain in place.

2

3

4  IT IS SO ORDERED.

5    Dated:    **June 19, 2017**                    /s/ _Erin P. Grosjean_

6                                                    UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28